IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

RODNEY J. MORACZEWSKI,

Defendant.

4:12CR3112

MEMORANDUM AND ORDER

After conferring with counsel and with the defendant,

IT IS ORDERED:

1)   A status conference will be at 2:30 p.m. on February 26, 2013 before the undersigned magistrate judge in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.  The defendant, defense counsel, and counsel for the government shall attend the conference.

2)   The Court further finds that the time between today's date and February 26, 2013 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because this case is "unusual and complex," and such that it is exempted from the time restrictions of the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(B)(ii).

January 23, 2013.

BY THE COURT:

s/ Cheryl R. Zwart
United States Magistrate Judge