IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>RODNEY J. MORACZEWSKI,<br><br>            Defendant. | 4:12CR3112<br><br>MEMORANDUM AND ORDER |

       After reviewing the evaluation from the Federal Medical Center, (Filing No. 41), questioning the defendant, (Filing No. 46), and hearing defense counsel's assessment on this issue, the court finds the defendant has the cognitive ability, competence, and capacity to consult with counsel, understand the criminal proceedings, and participate with and assist counsel in the defense of this case.

       Accordingly,

       IT IS ORDERED that the defendant is competent to stand trial.

       August 28, 2013.

                                                         BY THE COURT:

                                                         *s/ Cheryl R. Zwart*
                                                         United States Magistrate Judge