IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>RODNEY R. MORACZEWSKI,<br><br>            Defendant. | 4:12CR3112<br><br>MEMORANDUM AND ORDER |

Due to a clerical error, the defendant's name has been listed on some documents of record as Rodney J. Moraczewski, not Rodney R. Moraczewski. Rodney R. Moraczewski is the name on the indictment, and the defendant who has appeared before this court is Rodney R. Moraczewski.

Accordingly,

IT IS ORDERED:

1)   The person who has appeared before this court as the defendant is the person named in the indictment.

2)   Any references to Rodney J. Moraczewski in the record include a typographical error for the middle initial of defendant's name. All such references should be interpreted as Rodney R. Moraczewski.

September 6, 2013.                                    BY THE COURT:

                                                                    *s/ Cheryl R. Zwart*
                                                                    United States Magistrate Judge