IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>RODNEY R. MORACZEWSKI,<br><br>           Defendant. | 4:12CR3112<br><br>**ORDER** |

The defendant has moved for new counsel, claiming defense counsel is not adequately representing the defendant's. (Filing No. 48). The defendant, Rodney R. Moraczewski, is eligible for appointed counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and the Amended Criminal Justice Act Plan for the District of Nebraska.

IT IS ORDERED:

1) Defendant's motion to appoint new counsel, (filing no. 48), is granted. John Vanderslice is hereby withdrawn as counsel, and he shall promptly notify the defendant of the entry of this order.

2) The clerk shall delete John Vanderslice from any future ECF notifications herein.

3) The clerk shall forward this memorandum and order to the Federal Public Defender.

4) The Federal Public Defender shall forthwith provide the court with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district. The court recommends appointment of an "A" panel attorney.

5) The newly appointed counsel shall promptly file an entry of appearance on behalf of the defendant.

September 6, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge