IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | 4:12cr3112 |
| vs. | ) | |
| | ) | |
| Rodney R. Moraczewski, | ) | Order |
| | ) | |
| Defendants. | ) | |
| | ) | |

Before the Court is the request for transcript of hearing held on February 13, 2014 [75].

IT IS ORDERED:

1. The request for transcript, filing [83] is granted.

2. Rodney R. Moraczewski, is ordered to pay to the Clerk of Court the amount of $80.30. Should the cost of the transcript exceed this amount, the requestor will be required to pay the difference. Likewise, should the cost of the transcript be less than $80.30, a refund check will be issued.

3. Upon receipt of this fee, the Clerk is ordered to prepare a transcript of the hearing held on February 13, 2014. A paper copy of the transcript shall be mailed to the requestor. A copy of this order should also be mailed to the requestor.

Dated: June 9, 2014

BY THE COURT:

*Richard G. Kopf*
United States Senior District Judge